UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-00242-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | **OF COUNTS THREE** |
| | ) | **AND FOUR** |
| JANUSZ PACHOMOW | ) | |

The above-captioned defendant was charged with violations of Title 21 in a four-count Indictment returned by a grand jury sitting in this District on September 9, 2025. (D.E. 13). This matter is set for jury trial before the Court to commence on March 23, 2026 in New Bern, North Carolina. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses Count Three and Count Four *only*. The Government intends to proceed on Counts One and Two as charged.

Respectfully submitted this 18th day of March, 2026.

W. ELLIS BOYLE
United States Attorney

BY:  */s/ David G. Beraka*
DAVID G. BERAKA
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
(919) 856-4871
david.beraka@usdoj.gov
N.C. Bar No. 54090

1

Leave of Court is granted for the filing of the foregoing dismissal of Counts Three and Four only.

_____
LOUISE W. FLANAGAN
United States District Judge

Date: 3/18/2026

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that I have this 18th day of March, 2026, served the Defendant

by electronically filing the foregoing via the cm/ecf system which will notify counsel

of record of such filing:

Robert Johnson Parrott
Federal Public Defender's Office
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
(919) 857-4479
robert_parrott@fd.org

Edward D. Gray
Federal Public Defender's Office
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
(919) 856-4236
edward_gray@fd.org

W. ELLIS BOYLE
United States Attorney

*/s/ David G. Beraka*
DAVID G. BERAKA
Assistant United States Attorney
Criminal Division
150 Fayetteville St., Suite 2100
Raleigh, NC  27601
(919) 856-4871
david.beraka@usdoj.gov
NC Bar No. 54090

3