IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-242-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| JANUSZ PACHOMOW | ) | ORDER |
| | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Inspector Jordan Wicks of the United States Postal Service.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on March 24, 2026, be transferred to Inspector Jordan Wicks to be retained in his custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description of the Evidence: |
|---|---|
| 3 | Methamphetamine found in Defendant's Bedroom Closet |
| 14 | Glass Tube and Methamphetamine – Defendant's Closet |
| 15 | M30 Fentanyl Pills found in Defendant's Closet |
| 5 | Bag containing Yellow Amphetamine and Caffeine under Bathtub |
| 6 | Bag containing White Amphetamine and Caffeine found under Bathtub. |
| 7 | MDMA found in Container under Defendant's Bathtub |
| 8 | Methamphetamine found in Container under Defendant's Bathtub #1 |

1

| | |
|---|---|
| 9 | Methamphetamine found in Container under Defendant's Bathtub #2 |
| 16 | M30 Fentanyl pills found in Container under Defendant's Bathtub |
| 12 | Plastic Bag of Orange Pills – Defendant's Bedroom |
| 13 | Plastic Bag Containing Methamphetamine – Defendant's Bedroom |
| 50c | Phenazolam from Adam Barnes Letter |
| 51c | Fentanyl from Andrew Otis Letter |
| 52c | Ketamine from Ian Carstairs Letter |
| 53c | Phenazolam from Nathan Barefoot Letter |
| 54c | Caffeine from Jackson Amsrud Letter |
| 44 | Alprazolam from letters seized from Walmart Letter – lab Exhibit 56 |
| 45 | Ketamine hydrochloride seized from Walmart Letter – Lab Exhibit 57 |
| 46 | n-pyrrolidine etonitazene seized from Walmart Letter – Lab Exhibit 58 |
| 47 | Ketamine hydrochloride seized from Walmart Letter – Lab Exhibit 59 |
| 48 | Ketamine hydrochloride seized from Walmart Letter – Lab Exhibit 60 |
| 49 | Ketamine hydrochloride seized from Walmart Letter – Lab Exhibit 61 |
| 57 | MDMA hydrochloride seized from Walmart Letter – Lab Exhibit 62 |
| 58 | MDMA hydrochloride seized from Walmart Letter – Lab Exhibit 63 |
| 59 | Ketamine hydrochloride seized from Walmart Letter – Lab Exhibit 64 |
| 56b | Carfentanil and Acetaminophen from Nate Meisinger 13183 Danube Lane, Rosemont, MN 55068 |
| 56d | Suspected Phenazolam from Nate Meisinger 13183 Danube Lane, Rosemont, MN 55068 |

| | |
|---|---|
| 60c | Carfentanil from Minoo Roberts Letter |
| 61c | Methamphetamine from Norm Sherman Letter |
| 62c | Methamphetamine from Dylan Pretlow Letter |
| 63c | Fentanyl from Dylan Romero Letter |
| 64b | Carfentanil and Acetaminophen from Bill Asack Letter |
| 65b | Amphetamine and Caffeine from Jason Matthew Letter |
| 66b | d-methamphetamine hydrochloride from Jacqueline Potter Letter |
| 67b | d-methamphetamine hydrochloride from Brian Renner Letter |
| 68b | MDMA from Anthony Perkins Letter |
| 69b | d-methamphetamine hydrochloride from Richard Wise Letter |
| 67d | Fentanyl and 4-ANPP from Brian Renner Letter |

SO ORDERED this the 23rd day of March, 2026.

Louise W. Flanagan
United States District Judge

SO ACKNOWLEDGED:

Jordan Wicks, Case Agent

Logan Liles, Assistant U.S. Attorney

3