IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-CR-242-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JANUSZ PACHOMOW | ) | |

The matter before the Court is the United States' Motion for Order of Abatement filed on July 8, 2026. Based on a review of the United States' motion and for good cause shown, the motion is hereby ALLOWED. The case as to the above-named defendant, JANUSZ PACHOMOW, is hereby dismissed due to his death.

SO ORDERED.

This __9th__ day of _____July_____, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge